UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CELIA PARTHENIADES                                    ORDER OF RECUSAL

  -against-                                               CV-06-1127   (DRH)


WAL-MART STORES, INC.
-------------------------------------------------------------------------X


     Pursuant to 28 U.S.C. § 455, I must disqualify myself from serving as the District Judge assigned to the above case.

     The Clerk is directed to randomly reassign the case from the Long Island wheel.


     SO ORDERED.

                                                         /S/
                                          DENIS R. HURLEY
                                      United States District Judge

Dated: Central Islip, New York
       APRIL 4, 2006